**ATTACHMENT A**
*Property to be Searched*

This warrant applies to any and all information associated with the usernames listed below that is stored at premises owned, maintained, controlled, or operated by Snap, Inc., a company headquartered at 2772 Donald Douglas Loop North, Santa Monica, CA 90405:

- lukeman0923,
- lukeman0615,
- jstadd25,
- lukeman061524,
- brothaaa251587, and
- addme202627.