## ATTACHMENT B
### *Items to be Searched and Seized*

**I.      Information to be disclosed by Snap Inc. ("Snapchat")**

To the extent that the information described in Attachment A (the SUBJECT ACCOUNTS) is within the possession, custody, or control of Snapchat, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Snapchat, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snapchat is required to disclose the following information to the government for each account listed in Attachment A for the time period of November 1, 2024 to February 12, 2026:

      **a.**      All subscriber information pertaining to the SUBJECT ACCOUNTS, including the user's name, date of birth, and phone number; current and previous Snapchat usernames; current and previous email addresses associated with the account, and whether verified by user; current and previous phone numbers associated with the account, and whether verified by user; current and previous Snapchat display names; Snapchat account creation date and IP address; IP addresses (and timestamps) relating to Snapchat account actions; information about the user's use of Snapchat services and account settings.

      **b.**      All profile details pertaining to the SUBJECT ACCOUNTS, including the profile's Bitmoji and profile picture.

      **c.**      All available logs pertaining to voice and video calls made or received by the SUBJECT ACCOUNTS, and Snaps and chats sent to or from the SUBJECT ACCOUNTS, including the sender, recipient, date, and time.

**d.**      IP logs associated with SUBJECT ACCOUNTS logins, logouts, failed login attempts, authentication events, and friend events.

**e.**      Data collected from devices used to access the SUBJECT ACCOUNTS, including hardware model; operating system; memory; platform advertising identifiers; unique application identifiers; apps installed; unique device identifiers; device usage data; browser type; keyboards installed; language; battery level; time zone; information from device sensors that measure the device's motion and compass; information about the device's wireless and mobile network connections, such as mobile phone number, service provider, IP address, and signal strength; information and content from the device's camera and microphone when used within Snapchat; images and videos (including associated metadata) uploaded from the device's camera roll; contacts and contact metadata gathered from third-party platforms on the device; and location information.

**f.**      All contents saved to the SUBJECT ACCOUNTS' "Memories" service, including associated metadata, Exchangeable Image File ("EXIF") data, and upload IP addresses.

**g.**      All available contents submitted to the SUBJECT ACCOUNTS' stories, "Snap Map", and public stories, including associated metadata, EXIF data, and upload date, time, and IP address.

**h.**      All available contents of Snaps and chats created and received by the SUBJECT ACCOUNTS, including associated metadata, EXIF data, and date, time, and IP logs.

**i.**      All available logs pertaining to files saved to the SUBJECT ACCOUNTS' "My Eyes Only" section, including associated metadata, EXIF data, and upload date, time, and IP addresses.

**j.**      Payment information associated to the SUBJECT ACCOUNTS, including debit number, credit number, physical address, and transaction history.

**k.**      All available content related to AI Features Inputs and Outputs, including text, images, video, audio, precise location, and engagement used to generate content and responses ("outputs"); content used for AI Lenses; and content shared by the SUBJECT ACCOUNTS with "My AI", including Snaps and chats.

**l.**      Usage information regarding how the SUBJECT ACCOUNTS interact with Snapchat services, such as lenses viewed or applied by the SUBJECT ACCOUNTS; stories watched by the SUBJECT ACCOUNTS; and the number of chats exchanged between the SUBJECT ACCOUNTS and other Snapchat users.

**m.**      Location metadata associated to the SUBJECT ACCOUNTS collected through Snaps, files uploaded from the camera roll of devices used to access the account, and/or GPS signals.

Snap Inc. is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

## II.      Things to be Seized by the Government

The government will seize all records and information described in Section I that constitute contraband, fruits, instrumentalities, and/or evidence of violations of 18 U.S.C. § 2251(a) – Sexual Exploitation of a Child and 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography, hereafter referred to as the **Target Offenses**, involving Lucas POBUTKIEWICZ and occurring

on/after January 1, 2023, including, for each account or identifier listed in Attachment A, information pertaining to the following:

a.      Files that constitute evidence of the **Target Offenses**, including images and videos depicting children fully or partially naked and/or engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256, as well as data indicating how such evidence was created, stored, and accessed.

b.      Files that constitute evidence of the **Target Offenses**, including images and videos that can be used to identify children who were depicted in child pornography recovered in the course of this investigation, as well as data indicating how such evidence was created, stored, and accessed.

c.      Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further, violations of the **Target Offenses** and to create, access, or store evidence of such crimes.

d.      Communications that pertain to or that are evidence of the production, distribution, receipt, or possession of child pornography, or that involve the coercion of a minor.

e.      Evidence indicating how and when the **SUBJECT ACCOUNTS** were accessed and/or used, to determine the geographic and chronological contexts of account access, account use, and events related to the **Target Offenses** and the account owner.

**f.**      Evidence indicating the identity of the person(s) who created and/or used the **SUBJECT ACCOUNTS**.

**g.**      Evidence indicating the state of mind of the **SUBJECT ACCOUNTS'** owner(s) and user(s) as it relates to the **Target Offenses**.

Law enforcement personnel, which may include law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control, are authorized to review the records produced by Meta in order to locate this information and evidence.